04-00393
USDCRI
Smith, W.

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-1842

GERALDINE MILLS, M.D.,

Plaintiff, Appellant,

v.

PARA-CHEM, d/b/a PARA-CHEM SOUTHERN INC.,,

Defendant, Appellee.

Before

Lynch, Lipez and Howard,
Circuit Judges.

JUDGMENT

Entered: April 7, 2006

We have carefully reviewed the record in this case, including the briefs of the parties. Essentially for the reasons given by the magistrate judge in his report and recommendation, dated April 11, 2005, we affirm the dismissal of plaintiff's claims as time barred.

Affirmed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 5/19/06

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

[cc: Geraldine Mills, Jeffrey Howard Gladstone, Esq.,
Michael A. Gamboli, Esq.]